UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>                  Debtor.<br>_____<br><br>PETER SZANTO,<br><br>                  Plaintiffs,<br><br>     v.<br><br>EVYE SZANTO, VICTOR SZANTO, NICOLE SZANTO, KIMBERLY SZANTO, MARIETTE SZANTO, ANTHONY SZANTO, AUSTIN BELL and BARBARA SZANTO ALEXANDER,<br><br>                  Defendants. | No. 8:17-MC-00019-DOC-DFM<br><br>Oregon Bankruptcy Case No. 16-33185-pcm11<br><br>Oregon Bankruptcy Adv. Proc. No. 16-03114-PCM<br><br>JUDGMENT AGAINST SUSAN SZANTO RE: CONTEMPT AND RELATED APPLICATION FOR ATTORNEY FEES AND COSTS |

This matter came on regularly for hearing on June 5, 2018, at which time the Court considered Defendants' Application for Attorneys' Fees and Costs [ECF 32] and non-party Susan Szanto's Motion (1) to Enforce FRCP 30(e)'s Requirement of Witness Review; (2) Request for Costs and Sanctions for Making this Motion; and (3) Prayer for Referral to Ethics Division of Bar [ECF 43]. Defendants were represented by Jeremy G. Tolchin of Motschenbacher & Blattner, LLP. Susan Szanto did not attend the hearing. Peter Szanto appeared and submitted argument ostensibly on his own behalf, although none of the motions or ex parte applications ruled upon involved Mr. Szanto's rights or obligations.

The Court, having considered said motions, and having made findings of fact and conclusions of law, as stated on the record and as reflected in the Court's Minute Order dated June 5, 2018 [ECF 51], and for good cause appearing, hereby finds and orders as follows:

1. Susan Szanto was in contempt of court for failing to comply with Defendants' subpoenas.

2. As a sanction for Susan Szanto's contempt, the Court GRANTS, in part, Defendants' Application for Attorneys' Fees and Costs [ECF 32]. Defendants are hereby awarded, and judgment is hereby entered against Susan Szanto, in the amount of ten thousand seven hundred seven dollars and fifty cents ($10,707.50).

3. No later than August 31, 2018, Susan Szanto shall satisfy this Judgment by delivering a cashier's check or other certified funds to Defendants, payable to the following:

> Motschenbacher & Blattner, LLP
> Client Trust Account
> 117 SW Taylor St. #300
> Portland, OR 97204

4. Susan Szanto's Motion (1) to Enforce FRCP 30(e)'s Requirement of Witness Review; (2) Request for Costs and Sanctions for Making this Motion; and (3) Prayer for Referral to Ethics Division of Bar [ECF 43] is DENIED. All other pending motions and ex parte applications are DENIED. Among other matters, this Court does not have jurisdiction to rule on any such motions or applications.

5. Upon entry of this Order, this miscellaneous action is CLOSED. The Court will retain jurisdiction over this action for the sole purpose of enforcing this Judgment.

**IT IS SO ORDERED.**

Dated: July 30, 2018

_____
Hon. Douglas F. McCormick
United States Magistrate Judge