UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 8:17-MC-00019-DOC (DFM) | Date: | September 13, 2019 |
|---|---|---|---|
| Title | Peter Szanto v. Evye Szanto, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Appointing Process Server (Dkt. 69)

Having considered the Judgment Creditors' Request for Appointment of Process Server to Serve Writ of Execution, for good cause shown and pursuant to Federal Rule of Civil Procedure 4(c)(3) and Local Rule 64-2, the Court permits Kendall Carter (Registered L.A. County # 2014065636) or any other duly registered private process server of All-N-One Legal Support, Inc. to serve any writ of execution in this case.